Connell Foley LLP
56 Livingston Avenue
Roseland, NJ 07068
P 973.535.0500   F 973.535.9217

**Neil V. Mody**
Partner
Direct Dial 973.533.4234
NMody@connellfoley.com

July 9, 2018

**VIA ECF**
The Honorable Lois H. Goodman, U.S.M.J
Clarkson S. Fisher Building
& United States Courthouse
402 East State Street
Trenton, New Jersey 08608

  Re: ***Capitol Specialty Ins. Corp. v. 35 Club, LLC, et al.*,**
    **Civil Action No. 3:18-cv-03399-MAS-LHG (the "DJ Action")**

    ***Brooke Marrin, et al. v. 35 Club, LLC., et al.***
    **Civil Action No. 3:17-cv-07028-MAS-LHG (the "Underlying Action")**

Dear Judge Goodman:

  We write on behalf of plaintiff, Capitol Specialty Insurance Corporation ("CSIC"), in connection with the above-referenced DJ Action. We write in furtherance of Your Honor's request for a status update.

  We are pleased to report that the parties to the Underlying Action have recently reached a settlement in principle, which obviates the need for the DJ Action. We have been informed by counsel in the Underlying Action that the parties to the Underlying Action have signed the necessary Settlement Agreements, and that they expect a Stipulation of Dismissal to be filed in the in Underlying Action shortly. Once same is filed, we will file a separate Stipulation of Dismissal in the DJ Action.

  We sincerely appreciate Your Honor's time and consideration of this matter. Should Your Honor have any questions or concerns, we are always available.

           Respectfully submitted,

           *s/ Neil V. Mody*

           Neil V. Mody

cc: Ezra Sutton, Esq.

4598238-1